## NATIONAL LABOR RELATIONS BOARD v. ADAMS DAIRY, INC.

No. 25. Decided January 18, 1965.

Solicitor General Cox, Arnold Ordman, Dominick L. Manoli and Norton J. Come for petitioner.

J. Leonard Schermer for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Eighth Circuit for reconsideration in light of Fibreboard Paper Products Corp. v. Labor Board, ante, p. 203.

## TISONE v. OHIO.

No. 564. Decided January 18, 1965.

Theodore R. Saker for appellant.

Loren E. Van Brocklin for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.